JASON M. FRIERSON
United States Attorney
District of Nevada
SKYLER PEARSON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Skyler.Pearson@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY MOGG,<br><br>Defendant. | Case No. 2:24-mj-00365-NJK<br><br>**NOTICE OF APPEARANCE** |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that Skyler Pearson, Assistant United States Attorney has been assigned as counsel in the above captioned case.

DATED this 11th day of June, 2024.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ *Skyler Pearson*

SKYLER PEARSON
Assistant United States Attorney