RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Gary L. Mogg

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>GARY L. MOGG,<br><br>        Defendant. | Case No. 2:24-mj-00365-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Gary L. Mogg, that the Revocation Hearing currently scheduled on March 4, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      The Petition against Mr. Mogg alleges he violated state law. The parties request his hearing be continued to allow resolution of his state case.

2.      The defendant is not in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 3rd day of March, 2025.

RENE L. VALLADARES                          SUE FAHAMI
Federal Public Defender                     Acting United States Attorney


By */s/ Benjamin F. J. Nemec*               By */s/ Skyler Pearson*
BENJAMIN F. J. NEMEC                         SKYLER PEARSON
Assistant Federal Public Defender            Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00365-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| GARY L. MOGG, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, March 4, 2025 at 10:00 a.m., be vacated and continued to May 5, 2025, at 10:00 a.m.

DATED this 3rd day of March, 2025.

_____
UNITED STATES MAGISTRATE JUDGE